## Commonwealth *v.* Green, Appellant.

Submitted April 11, 1973. *Stephen P. Swem* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *J. Kent Culley* and *Robert L. Eberhardt,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Heusinger, Appellant.

Argued March 19, 1973. *W. Hamlin Neely,* for appellant; no oral argument was made nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.